IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SARAH L. TALBERT, | ) | CASE NO. 4:04CV3321 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for an extension of time to file a brief (Filing No. 16) filed by the Defendant.

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a brief (Filing No. 16) is granted; and

2. The Plaintiff's brief must be filed on or before Friday, June 17, 2005.

DATED this 15th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge